UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MEZA,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR SECRETARY, R. CLIFTON and E. SILVA,<br><br>        Defendants. | No. 1:25-cv-00290-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 11) |

      Plaintiff John Meza is proceeding pro se and in forma pauperis in this prisoner action filed pursuant to 42 U.S.C. § 1983. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 25, 2025, the magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice for plaintiff's failure to respond to and comply with a court order, and his failure to keep the court informed of his current address of record and prosecute this action. Doc. 11. Plaintiff has not filed any objections and the time to do so has passed. To date, plaintiff has not updated the court with his current address or otherwise responded to the findings and recommendations. *See* docket.

      In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. After carefully reviewing the file, the court finds the findings and recommendations

1

1 | are supported by the record and proper analysis.

     Accordingly:

     1. The findings and recommendations issued on July 25, 2025, Doc. 11, are adopted in full.

     2. This action is dismissed without prejudice.

     3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   September 21, 2025

                                      UNITED STATES DISTRICT JUDGE